IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA :
:
v. : 1:24CR 133-1
:
MATTHEW PRESTON HUDNALL :

The Grand Jury charges:

## COUNT ONE

From on or about August 9, 2022, continuing up to and including on or about February 2, 2023, the exact dates to the Grand Jurors unknown, in the County of Chatham, in the Middle District of North Carolina, and elsewhere, MATTHEW PRESTON HUDNALL, using any facility and means of interstate commerce, did attempt to and did persuade, induce, entice, and coerce, any individual who had not attained the age of 18 years, to wit: Minor-2, to engage in any sexual activity for which any person can be charged with a criminal offense under federal law, that is, production of child pornography (18 U.S.C. § 2251(a) and (e)); in violation of Title 18, United States Code, Section 2422(b).

## COUNT TWO

From on or about August 9, 2022, continuing up to and including on or about February 2, 2023, the exact dates to the Grand Jurors unknown, in the County of Chatham, in the Middle District of North Carolina, and elsewhere,

MATTHEW PRESTON HUDNALL attempted to and did employ, use, persuade, induce, entice, and coerce a minor, Minor-2, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, as those terms are defined in Title 18, United States Code, Section 2256, using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; in violation of Title 18, United States Code, Section 2251(a) and (e).

COUNT THREE

From on or about December 11, 2022, continuing up to and including on or about January 29, 2023, the exact dates to the Grand Jurors unknown, in the County of Chatham, in the Middle District of North Carolina, MATTHEW PRESTON HUDNALL did knowingly distribute and attempt to distribute any child pornography, as defined in Title 18 United States Code, Section 2256(8), that had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign

2

commerce, and in affecting interstate commerce by any means, including by computer; in violation of Title 18 United States Code, Section 2252A(a)(2)(A) and (b)(1).

DATED: April 29, 2024

SANDRA J. HAIRSTON
United States Attorney

BY: K. P. KENNEDY GATES
Assistant United States Attorney

A TRUE BILL:

FOREPERSON

RECEIVED

APR 3 0 202?

US Marshals

$FpD$ · $11668594$

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

### for the

### Middle District of North Carolina ▾

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| MATTHEW PRESTON HUDNALL | ) | Case No. 1:24CR133-1 |
| | ) | |
| | ) | |
| | ) | |
| ——————————————————— | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

     **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   MATTHEW PRESTON HUDNALL                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
  Production of child pornography by coercion or enticement of a minor in violation of 18:2422(b); Sexual Exploitation of
  children in violation of 18:2251(a) and (e); Distribution of child pornography in violation of 18:2252A(a)(2)(A) and (b)(1)

  ***THE UNITED STATES ATTORNEY REQUESTS A DETENTION HEARING***

Date:    04/30/2024                                     John S. Brubaker, Clerk
                                                   *Issuing officer's signature*

City and state:   Greensboro, North Carolina                 /s/ Leah J. Garland, Deputy Clerk
                                                   *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ |
| Date: _____        **RECEIVED**                      *Arresting officer's signature* |
|                      APR 3 0 2024 |
|          **US Marshals Service, M NC**                         *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

_____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____ Weight: _____

Sex: _____ Race: _____

Hair: _____ Eyes: _____

Scars, tattoos, other distinguishing marks: _____

_____

History of violence, weapons, drug use: _____

_____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

_____

Investigative agency and address: _____

_____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

_____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____

_____